

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00548-CV

**HOLLINGSWORTH-PACK CORPORATION** and Christopher A. Hewitt, P.E.,
Appellants

v.

Elroy **RODRIGUEZ**, as Trustee of Peter R. Villarreal Irrevocable Life Insurance Trust,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI10686
Honorable Nicole Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the appellants' unopposed motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against the party who incurred them.

SIGNED May 17, 2023.

_____
Irene Rios, Justice